| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 2:06CR00386-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 1:09CR444 (GLS) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DONALD MILLER NEW YORK | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION CORPUS CHRISTI |
|---|---|---|
| | NAME OF SENTENCING JUDGE THE HONORABLE HAYDEN HEAD, CHIEF JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5-25-09 — TO 5-24-12 |

**OFFENSE**

CT 1- Conspiracy to Possess with Intent to Distribute 59 Kilograms of Marijuana
CT 2- Possession with Intent to Distribute 59 Kilograms of Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of New York, Albany Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_5/14/09_
Date

_Hayden Head_
Hayden Head, Chief Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK, ALBANY DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

_8/18/09_
Effective Date

_Gary L. Sharpe_
United States District Judge